87-2984

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | JUN 22 2000 |
| : | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>DEPUTY |
| This Document Relates To:<br>Keene Building Products Corp.<br>Bankrupt Defendant : | CIVIL ACTION NO. MDL 875 |
| MS-1 : | |
| ALL ACTIONS<br>(See attached schedule<br>for case list) : | |

## O R D E R  O F  D I S M I S S A L

DEFENDANT, Keene Building Products Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

MICROFILMED
2 2000

BY THE COURT

Date: 6/14/00

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 06/19/00
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary

March 22, 2

Page: 1

Party Keene Building Products Corp. is named in the following 273 action(s).

| | | | | | |
|---|---|---|---|---|---|
| 875-ALN-2-90-1467; | 875-ALN-2-90-2391; | 875-ALN-2-90-2631; | 875-ALN-2-90-2667; | 875-ALN-2-90-2673; | 875-ALN-2-90-2675; |
| 875-ALN-2-90-2677; | 875-ALS-1-87-595; | 875-ALS-1-87-649; | 875-ALS-1-87-824; | 875-ALS-1-87-825; | 875-ALS-1-87-836; |
| 875-ALS-1-87-837; | 875-ALS-1-87-851; | 875-ALS-1-87-1035; | 875-ALS-1-87-1217; | 875-ARW-1-91-1060; | 875-ARW-1-91-1074; |
| 875-ARW-2-91-2098; | 875-ARW-5-91-5087; | 875-AZ-2-87-2160; | 875-AZ-2-87-2165; | 875-AZ-2-87-2166; | 875-AZ-2-87-2169; |
| 875-AZ-2-87-2170; | 875-AZ-2-87-2171; | 875-AZ-2-87-2172; | 875-AZ-2-87-2173; | 875-AZ-2-87-2174; | 875-AZ-2-87-2175; |
| 875-AZ-2-87-2176; | 875-AZ-2-87-2177; | 875-AZ-2-87-2178; | 875-AZ-2-87-2181; | 875-AZ-2-87-2182; | 875-AZ-2-87-2183; |
| 875-AZ-2-87-2187; | 875-AZ-2-87-2189; | 875-AZ-2-87-2191; | 875-AZ-2-87-2192; | 875-AZ-2-87-2194; | 875-AZ-2-87-2195; |
| 875-AZ-2-87-2196; | 875-AZ-2-87-2197; | 875-AZ-2-87-2198; | 875-AZ-2-87-2199; | 875-AZ-2-87-2200; | 875-AZ-2-87-2202; |
| 875-AZ-2-87-2203; | 875-AZ-2-87-2206; | 875-AZ-2-87-2207; | 875-AZ-2-87-2208; | 875-AZ-2-87-2210; | 875-AZ-2-87-2212; |
| 875-AZ-2-87-2213; | 875-AZ-2-87-2214; | 875-AZ-2-87-2215; | 875-AZ-2-87-2216; | 875-AZ-2-87-2217; | 875-AZ-2-87-2218; |
| 875-AZ-2-87-2219; | 875-AZ-2-87-2243; | 875-AZ-2-87-2244; | 875-AZ-2-87-2246; | 875-AZ-2-87-2247; | 875-AZ-2-87-2249; |
| 875-AZ-2-87-2250; | 875-AZ-2-87-2251; | 875-AZ-2-87-2252; | 875-AZ-2-87-2253; | 875-AZ-2-87-2254; | 875-AZ-3-87-2190; |
| 875-AZ-3-87-2248; | 875-AZ-3-87-2255; | 875-DC-1-88-2493; | 875-DC-1-89-1631; | 875-DC-1-89-1632; | 875-DC-1-89-1816; |
| 875-DC-1-89-3225; | 875-DC-1-90-436; | 875-DC-1-90-499; | 875-DC-1-90-723; | 875-DC-1-90-1127; | 875-DC-1-90-1443; |
| 875-DC-1-90-2718; | 875-DC-1-90-3062; | 875-ILC-2-89-2005; | 875-ILS-5-86-5261; | 875-ILS-5-86-5375; | 875-ILS-5-86-5376; |
| 875-ILS-5-86-5378; | 875-ILS-5-86-5380; | 875-ILS-5-86-5381; | 875-ILS-5-86-5382; | 875-ILS-5-86-5385; | 875-ILS-5-86-5387; |
| 875-ILS-5-86-5388; | 875-KYW-3-90-726; | 875-KYW-3-90-730; | 875-KYW-3-90-731; | 875-KYW-3-90-732; | 875-KYW-3-90-733; |
| 875-KYW-3-90-735; | 875-KYW-3-90-736; | 875-KYW-3-90-739; | 875-KYW-3-90-740; | 875-KYW-3-90-741; | 875-KYW-3-90-742; |
| 875-KYW-3-90-743; | 875-KYW-3-90-744; | 875-KYW-3-90-745; | 875-KYW-3-90-746; | 875-KYW-3-90-747; | 875-KYW-3-90-748; |
| 875-KYW-3-90-749; | 875-KYW-3-90-751; | 875-KYW-3-90-752; | 875-KYW-3-90-753; | 875-LAW-5-89-1453; | 875-LAW-5-89-1823; |
| 875-MA-1-81-14; | 875-MA-1-81-219; | 875-MA-1-81-345; | 875-MA-1-81-3135; | 875-MA-1-81-3156; | 875-MA-1-81-3262; |
| 875-MA-1-82-74; | 875-MA-1-82-220; | 875-MA-1-82-698; | 875-MA-1-82-1005; | 875-MA-1-82-1227; | 875-MA-1-82-2977; |
| 875-MA-1-82-3135; | 875-MA-1-82-3139; | 875-MA-1-82-3148; | 875-MA-1-82-3217; | 875-MA-1-82-3495; | 875-MA-1-82-3504; |
| 875-MA-1-82-4033; | 875-MA-1-82-4034; | 875-MA-1-82-4035; | 875-MA-1-82-4036; | 875-MA-1-82-4038; | 875-MA-1-82-4040; |
| 875-MA-1-83-16; | 875-MA-1-83-1468; | 875-MA-1-83-1486; | 875-MA-1-83-2430; | 875-MA-1-83-2754; | 875-MA-1-83-2764; |
| 875-MA-1-83-3234; | 875-MA-1-83-3653; | 875-MA-1-84-2058; | 875-MA-1-84-2395; | 875-MA-1-84-2422; | 875-MA-1-84-3499; |
| 875-MA-1-84-3636; | 875-MA-1-85-509; | 875-MA-1-85-2041; | 875-MA-1-85-2382; | 875-MA-1-85-2565; | 875-MA-1-86-530; |
| 875-MD-1-86-514; | 875-MD-1-86-2117; | 875-MD-1-86-2118; | 875-MD-1-86-2120; | 875-MD-1-86-2121; | 875-MD-1-86-2123; |
| 875-MD-1-86-2325; | 875-MD-1-86-2327; | 875-MD-1-86-2651; | 875-MD-1-86-2785; | 875-MD-1-86-2877; | 875-MD-1-86-3036; |
| 875-MD-1-86-3201; | 875-MD-1-86-3202; | 875-MD-1-86-3349; | 875-MD-1-86-3350; | 875-MD-1-86-3352; | 875-MD-1-86-3456; |
| 875-MD-1-86-3529; | 875-MD-1-87-46; | 875-MD-1-87-224; | 875-MD-1-87-225; | 875-MD-1-87-341; | 875-MD-1-87-494; |
| 875-MD-1-87-992; | 875-MD-1-87-993; | 875-MD-1-87-1397; | 875-MD-1-87-1421; | 875-MD-1-87-1477; | 875-MD-1-87-1531; |
| 875-MD-1-87-1532; | 875-MD-1-87-1533; | 875-MD-1-87-1534; | 875-MD-1-87-1536; | 875-MD-1-87-1538; | 875-MD-1-87-1685; |
| 875-MD-1-87-1686; | 875-MD-1-87-2865; | 875-MD-1-87-2981; | 875-MD-1-87-2982; | 875-MD-1-87-2983; | 875-MD-1-87-2984; |
| 875-MD-1-87-2985; | 875-MD-1-87-2987; | 875-MD-1-87-3074; | 875-MD-1-87-3075; | 875-MD-1-87-3160; | 875-MD-1-87-3161; |
| 875-MD-1-87-3162; | 875-MD-1-87-3411; | 875-MD-1-87-3413; | 875-MD-1-87-3414; | 875-MD-1-87-3415; | 875-MD-1-87-3416; |
| 875-MD-1-87-3417; | 875-MD-1-87-3418; | 875-MD-1-87-3419; | 875-MD-1-87-3420; | 875-MD-1-87-3427; | 875-MD-1-87-3428; |
| 875-MD-1-87-3429; | 875-MD-1-87-3491; | 875-MD-1-87-3492; | 875-MD-1-87-3493; | 875-MD-1-87-3494; | 875-MD-1-88-890; |
| 875-MD-1-90-1772; | 875-NCE-5-89-424; | 875-NJ-1-90-2753; | 875-NJ-2-92-3101; | 875-NV-2-87-272; | 875-NV-2-87-273; |
| 875-NV-2-87-667; | 875-NV-2-87-740; | 875-NV-2-87-751; | 875-NYN-1-87-312; | 875-NYN-1-87-871; | 875-NYN-1-87-875; |
| 875-NYN-1-87-876; | 875-NYS-1-87-4824; | 875-OHN-1-90-10694; | 875-OHN-1-91-10191; | 875-OHN-1-91-10192; | 875-OHN-1-91-10304; |
| 875-OHN-1-91-10521; | 875-OHN-1-91-10522; | 875-OHN-1-91-10524; | 875-OHN-1-93-11146; | 875-OR-3-91-483; | 875-PAE-2-90-438; |
| 875-PAE-2-90-3420; | 875-PAE-2-90-4215; | 875-TXE-1-89-482; | 875-TXE-1-90-60; | 875-TXE-2-89-192; | 875-TXN-3-86-2761; |
| 875-TXS-4-86-2661; | 875-TXS-4-86-2850; | 875-TXS-4-86-2858; | 875-TXS-4-86-3055; | 875-TXS-4-86-3128; | 875-TXS-4-86-3224; |
| 875-TXS-4-86-3254; | 875-TXW-1-90-67; | 875-TXW-1-90-516; | 875-TXW-1-90-652; | 875-TXW-7-91-60; | 875-TXW-7-91-136; |
| 875-WAE-1-90-3087; | 875-WAE-2-90-441; | 875-WVS-3-89-669 | | | |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.