IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)     :

                                   :
_____

This Document Relates To:          :     CIVIL ACTION NO.  MDL 875
Southern Textile Corp.
Bankrupt Defendant

                                   :

ALL ACTIONS                        :
(See attached schedule
for case list)                     :

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Southern Textile Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

Date: 7/13/00

BY THE COURT

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 07/13/00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                                April 14, 20

Page: 1

Party Southern Textile Corp. is named in the following 123 action(s).

```
875-DC-1-89-1631;   875-DC-1-89-1632;   875-DC-1-90-1127;   875-DC-1-90-1443;   875-DC-1-90-2718;   875-DC-1-90-3062;
875-MA-1-80-1186;   875-MA-1-81-14;     875-MA-1-81-218;    875-MA-1-81-345;    875-MA-1-81-1925;   875-MA-1-81-3135;
875-MA-1-81-3158;   875-MA-1-81-3262;   875-MA-1-82-72;     875-MA-1-82-74;     875-MA-1-82-220;    875-MA-1-82-698;
875-MA-1-82-876;    875-MA-1-82-1227;   875-MA-1-82-1311;   875-MA-1-82-1313;   875-MA-1-82-1314;   875-MA-1-82-1485;
875-MA-1-82-1486;   875-MA-1-82-1487;   875-MA-1-82-1488;   875-MA-1-82-1583;   875-MA-1-82-1584;   875-MA-1-82-1941;
875-MA-1-82-2036;   875-MA-1-82-2038;   875-MA-1-82-2977;   875-MA-1-82-3504;   875-MA-1-82-4033;   875-MA-1-82-4034;
875-MA-1-82-4035;   875-MA-1-82-4036;   875-MA-1-82-4038;   875-MA-1-82-4040;   875-MA-1-83-1527;   875-MA-1-83-1925;
875-MA-1-83-3234;   875-MA-1-83-3653;   875-MA-1-84-811;    875-MA-1-84-1495;   875-MA-1-84-2058;   875-MA-1-84-2395;
875-MA-1-84-2422;   875-MA-1-84-2990;   875-MA-1-84-3686;   875-MA-1-85-170;    875-MA-1-85-2041;   875-MA-1-85-2382;
875-MA-1-85-2568;   875-MA-1-86-530;    875-MA-1-89-1753;   875-MA-1-90-11032;  875-MA-1-90-11656;  875-MA-1-90-11913;
875-MA-1-90-12039;  875-MA-1-90-12206;  875-MA-1-94-10283;  875-MA-1-94-11427;  875-MD-1-86-2117;   875-MD-1-86-2118;
875-MD-1-86-2120;   875-MD-1-86-2121;   875-MD-1-86-2123;   875-MD-1-86-2325;   875-MD-1-86-2327;   875-MD-1-86-2785;
875-MD-1-86-3138;   875-MD-1-86-3201;   875-MD-1-86-3202;   875-MD-1-87-494;    875-MD-1-87-1531;   875-MD-1-87-1532;
875-MD-1-87-1533;   875-MD-1-87-1534;   875-MD-1-87-1536;   875-MD-1-87-1538;   875-MD-1-87-1685;   875-MD-1-87-1686;
875-MD-1-87-2868;   875-MD-1-87-2951;   875-MD-1-87-2982;   875-MD-1-87-2983;   875-MD-1-87-2984;   875-MD-1-87-2985;
875-MD-1-87-2987;   875-MD-1-87-3074;   875-MD-1-87-3075;   875-MD-1-87-3411;   875-MD-1-87-3413;   875-MD-1-87-3414;
875-MD-1-87-3415;   875-MD-1-87-3416;   875-MD-1-87-3417;   875-MD-1-87-3418;   875-MD-1-87-3419;   875-MD-1-87-3420;
875-MD-1-87-3427;   875-MD-1-87-3428;   875-MD-1-87-3429;   875-ME-1-87-21;     875-ME-1-87-94;     875-ME-1-90-308;
875-ME-1-90-332;    875-ME-1-90-334;    875-ME-1-91-20;     875-ME-2-90-244;    875-NYE-1-87-164;   875-NYE-1-87-266;
875-NYE-1-87-710;   875-NYE-1-87-1197;  875-NYE-1-87-1706;  875-NYS-1-89-5579;  875-NYS-1-96-5445;  875-OHN-1-90-10694;
875-PAE-2-90-3400;  875-PAE-2-90-4219;  875-WAE-2-90-441
```

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
      Cases enclosed in brackets (} signify either a closed case or a case in which the selected individual has been dismissed.