IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENTERED

AUG 1 4 2000

|  |  |  |  |
|---|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL 875 | v |
| This Document Relates to United States District Court for Maryland | ) ) ) ) | | |
| (See Attachment A) | ) ) ) ) | | |

AND NOW, this _11th_ day of _August_ , 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _8/11/00_

_Charles R. W____

Charles R. Weiner