87-2984

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)  :

                                    MAR 6 2001

                                :

This Document Relates To:       :   CIVIL ACTION NO.  MDL 875
Fibreboard Corp.
Bankrupt Defendant
                                :

     ALL ACTIONS                :
(See attached schedule
    for case list)               :


### ORDER OF DISMISSAL

DEFENDANT, Fibreboard Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 2/23/01

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 02/23/01

ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



| | | | | |
|---|---|---|---|---|
| 875-MA-1-1991-12068; | 875-MA-1-1991-12477; | 875-MA-1-1991-12665; | 875-MA-1-1991-12810; | 875-MA-1-1991-12991; |
| 875-MA-1-1991-13073; | 875-MA-1-1991-13076; | 875-MA-1-1991-13420; | 875-MA-1-1991-13421; | 875-MA-1-1991-13432; |
| 875-MA-1-1991-13438; | 875-MA-1-1991-13444; | 875-MA-1-1991-13446; | 875-MA-1-1991-13464; | 875-MA-1-1991-13468; |
| 875-MA-1-1991-13474; | 875-MA-1-1992-10309; | 875-MA-1-1992-10491; | 875-MA-1-1992-10795; | 875-MA-1-1992-11727; |
| 875-MA-1-1992-12055; | 875-MA-1-1992-12819; | 875-MA-1-1993-10043; | 875-MA-1-1993-10157; | 875-MA-1-1993-10159; |
| 875-MA-1-1993-10160; | 875-MA-1-1993-10277; | 875-MA-1-1993-10895; | 875-MA-1-1993-11018; | 875-MA-1-1993-11041; |
| 875-MA-1-1993-11042; | 875-MA-1-1993-11229; | 875-MA-1-1993-11234; | 875-MA-1-1993-12414; | 875-MA-1-1994-10741; |
| 875-MA-1-1994-10742; | 875-MA-1-1994-10743; | 875-MA-1-1994-10744; | 875-MA-1-1994-10745; | 875-MA-1-1994-11427; |
| 875-MA-1-1995-10711; | 875-MD-1-1986-514; | 875-MD-1-1986-2117; | 875-MD-1-1986-2118; | 875-MD-1-1986-2120; |
| 875-MD-1-1986-2121; | 875-MD-1-1986-2123; | 875-MD-1-1986-2325; | 875-MD-1-1986-2326; | 875-MD-1-1986-2327; |
| 875-MD-1-1986-2651; | 875-MD-1-1986-2785; | 875-MD-1-1986-2877; | 875-MD-1-1986-3036; | 875-MD-1-1986-3201; |
| 875-MD-1-1986-3202; | 875-MD-1-1986-3529; | 875-MD-1-1987-46; | 875-MD-1-1987-341; | 875-MD-1-1987-494; |
| 875-MD-1-1987-992; | 875-MD-1-1987-993; | 875-MD-1-1987-1397; | 875-MD-1-1987-1477; | 875-MD-1-1987-1531; |
| 875-MD-1-1987-1533; | 875-MD-1-1987-1534; | 875-MD-1-1987-1536; | 875-MD-1-1987-1538; | 875-MD-1-1987-1685; |
| 875-MD-1-1987-1686; | 875-MD-1-1987-2865; | 875-MD-1-1987-2981; | 875-MD-1-1987-2982; | 875-MD-1-1987-2983; |
| 875-MD-1-1987-2984; | 875-MD-1-1987-2985; | 875-MD-1-1987-2987; | 875-MD-1-1987-3074; | 875-MD-1-1987-3075; |
| 875-MD-1-1987-3161; | 875-MD-1-1987-3162; | 875-MD-1-1987-3413; | 875-MD-1-1987-3414; | 875-MD-1-1987-3415; |
| 875-MD-1-1987-3416; | 875-MD-1-1987-3417; | 875-MD-1-1987-3418; | 875-MD-1-1987-3420; | 875-MD-1-1987-3427; |
| 875-MD-1-1987-3428; | 875-MD-1-1987-3429; | 875-MD-1-1987-3492; | 875-MD-1-1987-3493; | 875-MD-1-1987-3494; |
| 875-MD-1-1988-300; | 875-MD-1-1988-301; | 875-MD-1-1988-302; | 875-MD-1-1988-379; | 875-MD-1-1988-396; |
| 875-MD-1-1988-397; | 875-MD-1-1988-504; | 875-MD-1-1988-505; | 875-MD-1-1988-506; | 875-MD-1-1988-508; |
| 875-MD-1-1988-545; | 875-MD-1-1988-835; | 875-MD-1-1988-836; | 875-MD-1-1988-867; | 875-MD-1-1988-868; |
| 875-MD-1-1988-887; | 875-MD-1-1988-888; | 875-MD-1-1988-889; | 875-MD-1-1988-890; | 875-MD-1-1988-891; |
| 875-MD-1-1988-892; | 875-MD-1-1988-893; | 875-MD-1-1988-894; | 875-MD-1-1988-895; | 875-MD-1-1988-896; |
| 875-MD-1-1988-897; | 875-MD-1-1988-1064; | 875-MD-1-1988-1065; | 875-MD-1-1988-1066; | 875-MD-1-1988-1067; |
| 875-MD-1-1988-1110; | 875-MD-1-1988-1111; | 875-MD-1-1988-1241; | 875-MD-1-1988-1242; | 875-MD-1-1988-1375; |
| 875-MD-1-1988-1441; | 875-MD-1-1988-1442; | 875-MD-1-1988-1458; | 875-MD-1-1988-1459; | 875-MD-1-1988-1460; |
| 875-MD-1-1988-1502; | 875-MD-1-1988-1557; | 875-MD-1-1988-1558; | 875-MD-1-1988-1559; | 875-MD-1-1988-1560; |
| 875-MD-1-1988-1642; | 875-MD-1-1988-1779; | 875-MD-1-1988-1903; | 875-MD-1-1988-1935; | 875-MD-1-1988-1940; |
| 875-MD-1-1988-1983; | 875-MD-1-1988-2029; | 875-MD-1-1988-2078; | 875-MD-1-1988-2084; | 875-MD-1-1988-2085; |
| 875-MD-1-1988-2086; | 875-MD-1-1988-2087; | 875-MD-1-1988-2092; | 875-MD-1-1988-2111; | 875-MD-1-1988-2210; |
| 875-MD-1-1988-2264; | 875-MD-1-1988-2281; | 875-MD-1-1988-2282; | 875-MD-1-1988-2459; | 875-MD-1-1988-2515; |
| 875-MD-1-1988-2553; | 875-MD-1-1988-2554; | 875-MD-1-1988-2606; | 875-MD-1-1988-2607; | 875-MD-1-1988-2707; |
| 875-MD-1-1988-2710; | 875-MD-1-1988-2711; | 875-MD-1-1988-2712; | 875-MD-1-1988-2719; | 875-MD-1-1988-2720; |
| 875-MD-1-1988-2721; | 875-MD-1-1988-2722; | 875-MD-1-1988-2742; | 875-MD-1-1988-2743; | 875-MD-1-1988-2744; |
| 875-MD-1-1988-2760; | 875-MD-1-1988-2767; | 875-MD-1-1988-2798; | 875-MD-1-1988-2799; | 875-MD-1-1988-2911; |
| 875-MD-1-1988-2934; | 875-MD-1-1988-2991; | 875-MD-1-1988-3117; | 875-MD-1-1988-3118; | 875-MD-1-1988-3119; |
| 875-MD-1-1988-3176; | 875-MD-1-1988-3177; | 875-MD-1-1988-3178; | 875-MD-1-1988-3179; | 875-MD-1-1988-3180; |
| 875-MD-1-1988-3181; | 875-MD-1-1988-3182; | 875-MD-1-1988-3281; | 875-MD-1-1988-3282; | 875-MD-1-1988-3283; |
| 875-MD-1-1988-3291; | 875-MD-1-1988-3313; | 875-MD-1-1988-3375; | 875-MD-1-1988-3423; | 875-MD-1-1988-3424; |
| 875-MD-1-1988-3425; | 875-MD-1-1988-3426; | 875-MD-1-1988-3611; | 875-MD-1-1988-3739; | 875-MD-1-1988-3740; |
| 875-MD-1-1988-3741; | 875-MD-1-1988-3836; | 875-MD-1-1988-3843; | 875-MD-1-1988-3844; | 875-MD-1-1988-3846; |
| 875-MD-1-1988-3848; | 875-MD-1-1988-3849; | 875-MD-1-1988-3850; | 875-MD-1-1988-3876; | 875-MD-1-1989-78; |
| 875-MD-1-1989-197; | 875-MD-1-1989-199; | 875-MD-1-1989-560; | 875-MD-1-1989-561; | 875-MD-1-1989-562; |
| 875-MD-1-1989-564; | 875-MD-1-1989-565; | 875-MD-1-1989-566; | 875-MD-1-1989-567; | 875-MD-1-1989-647; |
| 875-MD-1-1989-707; | 875-MD-1-1989-708; | 875-MD-1-1989-710; | 875-MD-1-1989-739; | 875-MD-1-1989-740; |
| 875-MD-1-1989-741; | 875-MD-1-1989-745; | 875-MD-1-1989-746; | 875-MD-1-1989-747; | 875-MD-1-1989-748; |
| 875-MD-1-1989-759; | 875-MD-1-1989-761; | 875-MD-1-1989-762; | 875-MD-1-1989-764; | 875-MD-1-1989-765; |
| 875-MD-1-1989-1036; | 875-MD-1-1989-1079; | 875-MD-1-1989-1080; | 875-MD-1-1989-1232; | 875-MD-1-1989-1233; |
| 875-MD-1-1989-1321; | 875-MD-1-1989-1322; | 875-MD-1-1989-1362; | 875-MD-1-1989-1443; | 875-MD-1-1989-1486; |
| 875-MD-1-1989-1487; | 875-MD-1-1989-1673; | 875-MD-1-1989-1720; | 875-MD-1-1989-1721; | 875-MD-1-1989-1722; |
| 875-MD-1-1989-1723; | 875-MD-1-1989-1745; | 875-MD-1-1989-1746; | 875-MD-1-1989-1747; | 875-MD-1-1989-1748; |
| 875-MD-1-1989-1779; | 875-MD-1-1989-1780; | 875-MD-1-1989-1781; | 875-MD-1-1989-1782; | 875-MD-1-1989-1783; |
| 875-MD-1-1989-1784; | 875-MD-1-1989-1785; | 875-MD-1-1989-1786; | 875-MD-1-1989-1787; | 875-MD-1-1989-1789; |
| 875-MD-1-1989-1790; | 875-MD-1-1989-1791; | 875-MD-1-1989-1819; | 875-MD-1-1989-1833; | 875-MD-1-1989-1904; |
| 875-MD-1-1989-1905; | 875-MD-1-1989-1978; | 875-MD-1-1989-1996; | 875-MD-1-1989-1997; | 875-MD-1-1989-2120; |
| 875-MD-1-1989-2166; | 875-MD-1-1989-2167; | 875-MD-1-1989-2169; | 875-MD-1-1989-2170; | 875-MD-1-1989-2172; |
| 875-MD-1-1989-2233; | 875-MD-1-1989-2397; | 875-MD-1-1989-2398; | 875-MD-1-1989-2422; | 875-MD-1-1989-2450; |
| 875-MD-1-1989-2453; | 875-MD-1-1989-2471; | 875-MD-1-1989-2683; | 875-MD-1-1989-2684; | 875-MD-1-1989-2685; |
| 875-MD-1-1989-2686; | 875-MD-1-1989-2687; | 875-MD-1-1989-2704; | 875-MD-1-1989-2907; | 875-MD-1-1989-2928; |
| 875-MD-1-1989-2980; | 875-MD-1-1989-3066; | 875-MD-1-1989-3067; | 875-MD-1-1989-3068; | 875-MD-1-1989-3100; |
| 875-MD-1-1989-3102; | 875-MD-1-1989-3103; | 875-MD-1-1989-3155; | 875-MD-1-1989-3157; | 875-MD-1-1989-3158; |
| 875-MD-1-1989-3159; | 875-MD-1-1989-3239; | 875-MD-1-1989-3416; | 875-MD-1-1989-3417; | 875-MD-1-1989-3418; |
| 875-MD-1-1989-3545; | 875-MD-1-1990-76; | 875-MD-1-1990-197; | 875-MD-1-1990-198; | 875-MD-1-1990-199; |
| 875-MD-1-1990-200; | 875-MD-1-1990-251; | 875-MD-1-1990-262; | 875-MD-1-1990-263; | 875-MD-1-1990-264; |
| 875-MD-1-1990-286; | 875-MD-1-1990-287; | 875-MD-1-1990-289; | 875-MD-1-1990-291; | 875-MD-1-1990-529; |
| 875-MD-1-1990-540; | 875-MD-1-1990-541; | 875-MD-1-1990-617; | 875-MD-1-1990-618; | 875-MD-1-1990-619; |
| 875-MD-1-1990-620; | 875-MD-1-1990-663; | 875-MD-1-1990-664; | 875-MD-1-1990-739; | 875-MD-1-1990-740; |
| 875-MD-1-1990-765; | 875-MD-1-1990-766; | 875-MD-1-1990-801; | 875-MD-1-1990-802; | 875-MD-1-1990-803; |
| 875-MD-1-1990-804; | 875-MD-1-1990-805; | 875-MD-1-1990-806; | 875-MD-1-1990-851; | 875-MD-1-1990-911; |
| 875-MD-1-1990-948; | 875-MD-1-1990-949; | 875-MD-1-1990-951; | 875-MD-1-1990-1182; | 875-MD-1-1990-1204; |
| 875-MD-1-1990-1278; | 875-MD-1-1990-1279; | 875-MD-1-1990-1280; | 875-MD-1-1990-1315; | 875-MD-1-1990-1316; |
| 875-MD-1-1990-1393; | 875-MD-1-1990-1394; | 875-MD-1-1990-1473; | 875-MD-1-1990-1474; | 875-MD-1-1990-1475; |
| 875-MD-1-1990-1476; | 875-MD-1-1990-1590; | 875-MD-1-1990-1591; | 875-MD-1-1990-1592; | 875-MD-1-1990-1621; |
| 875-MD-1-1990-1768; | 875-MD-1-1990-1772; | 875-MD-1-1990-2024; | 875-MD-1-1990-2025; | 875-MD-1-1990-2026; |
| 875-MD-1-1990-2027; | 875-MD-1-1990-2191; | 875-MD-1-1990-2192; | 875-MD-1-1990-2505; | 875-MD-1-1990-2506; |

875-MD-1-1990-2507; 875-MD-1-1990-2508; 875-MD-1-1990-2519; 875-MD-1-1990-2520; 875-MD-1-1990-2521;
875-MD-1-1990-2522; 875-MD-1-1990-2755; 875-MD-1-1990-3086; 875-MD-1-1990-3248; 875-MD-1-1991-24;
875-MD-1-1991-25; 875-MD-1-1991-425; 875-MD-1-1991-433; 875-MD-1-1991-448; 875-MD-1-1991-449;
875-MD-1-1991-450; 875-MD-1-1991-459; 875-MD-1-1991-701; 875-MD-1-1991-803; 875-MD-1-1991-890;
875-MD-1-1991-992; 875-MD-1-1991-1010; 875-MD-1-1991-1156; 875-MD-1-1991-1172; 875-MD-1-1991-1260;
875-MD-1-1991-1326; 875-MD-1-1991-1376; 875-MD-1-1991-1434; 875-MD-1-1991-1474; 875-MD-1-1991-1476;
875-MD-1-1991-1477; 875-MD-1-1991-1478; 875-MD-1-1991-1611; 875-MD-1-1991-1667; 875-MD-1-1991-1668;
875-MD-1-1991-2028; 875-MD-1-1991-2029; 875-MD-1-1991-2111; 875-MD-1-1991-2112; 875-MD-1-1991-2298;
875-MD-1-1991-2608; 875-MD-1-1991-2609; 875-MD-1-1991-3083; 875-MD-1-1991-3084; 875-MD-1-1991-3085;
875-MD-1-1991-3086; 875-MD-1-1991-3087; 875-MD-1-1991-3088; 875-MD-1-1991-3458; 875-MD-1-1991-3468;
875-MD-1-1991-3513; 875-MD-1-1991-3515; 875-MD-1-1991-3516; 875-MD-1-1991-3517; 875-MD-1-1991-3703;
875-MD-1-1992-13; 875-MD-1-1992-14; 875-MD-1-1992-15; 875-MD-1-1992-16; 875-MD-1-1992-17;
875-MD-1-1992-244; 875-MD-1-1992-703; 875-MD-1-1992-1432; 875-MD-1-1992-1516; 875-MD-1-1992-1517;
875-MD-1-1992-1879; 875-MD-1-1992-2269; 875-MD-1-1992-2987; 875-MD-1-1992-3306; 875-MD-1-1992-3460;
875-MD-1-1993-134; 875-MD-1-1993-1134; 875-MD-1-1993-1375; 875-MD-1-1993-1419; 875-MD-1-1993-2240;
875-MD-1-1993-2241; 875-MD-1-1993-2242; 875-MD-1-1993-3017; 875-MD-1-1993-3028; 875-MD-1-1993-3030;
875-MD-1-1993-3034; 875-MD-1-1993-3035; 875-MD-1-1993-3036; 875-MD-1-1993-3045; 875-MD-1-1993-3046;
875-MD-1-1993-3051; 875-MD-1-1993-3054; 875-MD-1-1993-3055; 875-MD-1-1993-3057; 875-MD-1-1993-3060;
875-MD-1-1993-3070; 875-MD-1-1993-3072; 875-MD-1-1993-3080; 875-MD-1-1993-3094; 875-MD-1-1993-3095;
875-MD-1-1993-3098; 875-MD-1-1993-3101; 875-MD-1-1993-3104; 875-MD-1-1993-3107; 875-MD-1-1993-3117;
875-MD-1-1993-3119; 875-MD-1-1993-3123; 875-MD-1-1993-3129; 875-MD-1-1993-3133; 875-MD-1-1993-3136;
875-MD-1-1993-3138; 875-MD-1-1993-3139; 875-MD-1-1993-3146; 875-MD-1-1993-3149; 875-MD-1-1993-3151;
875-MD-1-1993-3155; 875-MD-1-1993-3162; 875-MD-1-1993-3166; 875-MD-1-1993-3167; 875-MD-1-1993-3168;
875-MD-1-1993-3173; 875-MD-1-1993-3174; 875-MD-1-1993-3176; 875-MD-1-1993-3192; 875-MD-1-1993-3195;
875-MD-1-1993-3204; 875-MD-1-1993-3207; 875-MD-1-1993-3212; 875-MD-1-1993-3219; 875-MD-1-1993-3221;
875-MD-1-1993-3224; 875-MD-1-1993-3225; 875-MD-1-1993-3228; 875-MD-1-1993-3236; 875-MD-1-1993-3245;
875-MD-1-1993-3247; 875-MD-1-1993-3250; 875-MD-1-1993-3261; 875-MD-1-1993-3263; 875-MD-1-1993-3269;
875-MD-1-1993-3288; 875-MD-1-1993-3294; 875-MD-1-1993-3295; 875-MD-1-1993-3299; 875-MD-1-1993-3305;
875-MD-1-1993-3324; 875-MD-1-1993-3330; 875-MD-1-1993-3332; 875-MD-1-1993-3336; 875-MD-1-1993-3337;
875-MD-1-1993-3343; 875-MD-1-1993-3351; 875-MD-1-1993-3354; 875-MD-1-1993-3360; 875-MD-1-1993-3368;
875-MD-1-1993-3370; 875-MD-1-1993-3374; 875-MD-1-1993-3377; 875-MD-1-1993-3378; 875-MD-1-1993-3385;
875-MD-1-1993-3387; 875-MD-1-1993-3395; 875-MD-1-1993-3408; 875-MD-1-1993-3412; 875-MD-1-1993-3414;
875-MD-1-1993-3428; 875-MD-1-1993-3437; 875-MD-1-1993-3447; 875-MD-1-1993-3452; 875-MD-1-1993-3455;
875-MD-1-1993-3456; 875-MD-1-1993-3457; 875-MD-1-1993-3467; 875-MD-1-1993-3473; 875-MD-1-1993-3480;
875-MD-1-1993-3483; 875-MD-1-1993-3485; 875-MD-1-1993-3486; 875-MD-1-1993-3492; 875-MD-1-1993-3495;
875-MD-1-1993-3496; 875-MD-1-1993-3497; 875-MD-1-1993-3502; 875-MD-1-1993-3506; 875-MD-1-1993-3520;
875-MD-1-1993-3521; 875-MD-1-1993-3523; 875-MD-1-1993-3525; 875-MD-1-1993-3526; 875-MD-1-2000-1982;
875-MD-1-2000-2957; 875-ME-1-1987-21; 875-ME-1-1987-94; 875-ME-1-1990-307; 875-ME-1-1991-241;
875-ME-1-1992-7; 875-ME-1-1992-59; 875-ME-1-1992-111; 875-ME-1-1992-120; 875-ME-1-1992-129;
875-ME-1-1992-131; 875-ME-1-1992-258; 875-ME-1-1993-12; 875-ME-1-1993-13; 875-ME-1-1993-17;
875-ME-1-1993-19; 875-ME-1-1993-20; 875-ME-1-1993-21; 875-ME-1-1993-78; 875-ME-1-2000-108;
875-ME-2-1988-30; 875-ME-2-1988-102; 875-ME-2-1988-141; 875-ME-2-1988-221; 875-ME-2-1989-28;
875-ME-2-1990-17; 875-ME-2-1990-40; 875-ME-2-1990-110; 875-ME-2-1990-128; 875-ME-2-1990-135;
875-ME-2-1990-136; 875-ME-2-1990-231; 875-ME-2-1990-244; 875-ME-2-1991-21; 875-ME-2-1991-33;
875-ME-2-1991-72; 875-ME-2-1991-188; 875-ME-2-1991-254; 875-ME-2-1992-14; 875-ME-2-1992-214;
875-ME-2-1992-219; 875-ME-2-1992-286; 875-ME-2-1992-356; 875-ME-2-1992-403; 875-ME-2-1993-49;
875-ME-2-1993-50; 875-ME-2-1993-83; 875-ME-2-1993-137; 875-ME-2-1993-157; 875-ME-2-1993-198;
875-ME-2-1993-240; 875-ME-2-1993-244; 875-ME-2-2000-167; 875-MIE-1-1992-10310; 875-MIE-2-1988-71693;
875-MIE-2-1988-71807; 875-MIE-2-1988-71814; 875-MIE-2-1989-71125; 875-MIE-2-1990-71012; 875-MIE-2-1990-71032;
875-MIE-2-1990-71050; 875-MIE-2-1990-71630; 875-MIE-2-1990-71631; 875-MIE-2-1990-71632; 875-MIE-2-1990-71633;
875-MIE-2-1990-71634; 875-MIE-2-1990-71635; 875-MIE-2-1990-71636; 875-MIE-2-1990-71637; 875-MIE-2-1990-71638;
875-MIE-2-1990-71639; 875-MIE-2-1990-71642; 875-MIE-2-1990-71643; 875-MIE-2-1990-71644; 875-MIE-2-1990-71645;
875-MIE-2-1990-71646; 875-MIE-2-1990-71647; 875-MIE-2-1990-71648; 875-MIE-2-1990-71649; 875-MIE-2-1990-71650;
875-MIE-2-1990-71651; 875-MIE-2-1990-71658; 875-MIE-2-1990-72086; 875-MIE-2-1990-72087; 875-MIE-2-1990-72598;
875-MIE-2-1990-72922; 875-MIE-2-1990-72923; 875-MIE-2-1990-72924; 875-MIE-2-1990-72925; 875-MIE-2-1990-72926;
875-MIE-2-1990-73093; 875-MIE-2-1990-73138; 875-MIE-2-1990-73253; 875-MIE-2-1990-73329; 875-MIE-2-1990-73447;
875-MIE-2-1990-73648; 875-MIE-2-1991-70034; 875-MIE-2-1991-70980; 875-MIE-2-1991-70981; 875-MIE-2-1991-71162;
875-MIE-2-1991-71597; 875-MIE-2-1991-71599; 875-MIE-2-1991-71600; 875-MIE-2-1991-71601; 875-MIE-2-1991-71602;
875-MIE-2-1991-71603; 875-MIE-2-1991-71604; 875-MIE-2-1991-71937; 875-MIE-2-1991-71938; 875-MIE-2-1991-72956;
875-MIE-2-1991-72957; 875-MIE-2-1991-72958; 875-MIE-2-1991-73340; 875-MIE-2-1991-73568; 875-MIE-2-1991-73569;
875-MIE-2-1991-73709; 875-MIE-2-1991-73875; 875-MIE-2-1991-73876; 875-MIE-2-1991-73877; 875-MIE-2-1991-75370;
875-MIE-2-1991-75690; 875-MIE-2-1992-72565; 875-MIE-2-1992-72566; 875-MIE-2-1992-72573; 875-MIE-2-1998-72867;
875-MIW-1-1992-153; 875-MIW-2-1992-123; 875-MIW-2-1992-239; 875-MIW-4-1989-122; 875-MN-3-1993-488;
875-MN-4-1991-131; 875-MN-4-1991-842; 875-MN-4-1992-1066; 875-MN-5-1988-5; 875-MN-5-1992-79;
875-MN-5-1992-158; 875-MOE-4-1990-2; 875-MOE-4-1990-9; 875-MOE-4-1990-14; 875-MOE-4-1990-18;
875-MOE-4-1990-41; 875-MOE-4-1990-1236; 875-MOE-4-1990-1701; 875-MOE-4-1991-96; 875-MOE-4-1991-377;
875-MOE-4-1992-1828; 875-MOW-4-1989-289; 875-MOW-4-1989-290; 875-MOW-4-1989-291; 875-MOW-4-1989-589;
875-MOW-4-1990-240; 875-MOW-4-1990-924; 875-MOW-4-1991-319; 875-MOW-4-1992-222; 875-MOW-4-1992-298;
875-MOW-4-1992-321; 875-MOW-4-1992-322; 875-MSN-1-1995-73; 875-MSN-3-1989-7; 875-MSN-3-1990-87;
875-MSS-1-1986-1351; 875-MSS-1-1991-122; 875-MSS-1-1991-184; 875-MSS-1-1991-194; 875-MSS-1-1993-60;
875-MSS-1-1993-273; 875-MSS-1-1993-345; 875-MSS-1-1993-384; 875-MSS-1-1994-173; 875-MSS-1-2000-334;
875-MSS-1-2000-485; 875-MSS-3-1989-557; 875-MSS-3-1989-560; 875-MSS-3-1989-563;
875-MSS-3-1989-564; 875-MSS-3-1989-585; 875-MT-1-1991-6; 875-MT-1-1991-7; 875-MT-1-1991-8;
875-MT-1-1991-9; 875-MT-1-1991-10; 875-MT-1-1991-17; 875-MT-2-1992-46; 875-NCE-2-1991-66;
875-NCE-3-1992-64; 875-NCE-3-1992-65; 875-NCE-4-1991-148; 875-NCE-4-1992-6; 875-NCE-4-1992-9;
875-NCE-4-1992-44; 875-NCE-4-1992-79; 875-NCE-4-1992-106; 875-NCE-4-1992-123; 875-NCE-4-1992-125;